Peggy **PATRICK**, Appellant,

v.

**COMMONWEALTH** of Kentucky, **Appellee.**

Court of Appeals of Kentucky.

June 6, 1958.

Lewis A. White, Mt. Sterling, for appellant.

Jo M. Ferguson, Atty. Gen., David Sebree, Asst. Atty. Gen., for appellee.

PER CURIAM.

We are presented with a motion for appeal from a judgment entered in the Montgomery Circuit Court under which appellant, Peggy Patrick, was fined the sum of $50 and sentenced to confinement in jail for a period of six months for cutting and wounding another in sudden affray, an offense denounced by KRS 435.180.

We are of opinion that the court properly overruled appellant's motion for a continuance and find that the record discloses no error prejudicial to the substantial rights of appellant.

The motion for appeal is overruled and the judgment is affirmed.